UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JUAN ORTEGA, Individually, and On Behalf of All Others Similarly Situated,

                 Plaintiff,

vs.

NEEDHAM LANE LTD.,

                 Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-00947-RA

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Juan Ortega hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Needham Lane Ltd.

DATED: May 27, 2022

**MIZRAHI KROUB LLP**

/s/ Joseph H. Mizrahi
JOSEPH H. MIZRAHI

SO ORDERED.

_____
Hon. Ronnie Abrams
May 31, 2022

JOSEPH H. MIZRAHI
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*